Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 16 20 24

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KHALIIL AHMED,<br><br>Defendant. | NO.    **CR 24 – 187 RAJ**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 20, 2023, in King County, within the Western District of Washington, KHALIIL AHMED, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

> *Unlawful Possession of a Firearm, First Degree*, in King County Superior Court, under case number 19-1-00496-3-KNT, on or about August 30, 2022;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock Model 20 10mm pistol, serial number BWTC524, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 1
*United States v. Ahmed*
USAO No. 2024R00075

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about August 20, 2023, in King County, within the Western District of Washington, KHALIIL AHMED, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

> *Unlawful Possession of a Firearm, First Degree*, in King County Superior Court, under case number 19-1-00496-3-KNT, on or about August 30, 2022;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Century Arms PAP M92 PV pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about May 30, 2024, in King County, within the Western District of Washington, KHALIIL AHMED, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

> *Unlawful Possession of a Firearm, First Degree*, in King County Superior Court, under case number 19-1-00496-3-KNT, on or about August 30, 2022;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock Model 20 10mm pistol, serial number BSYE156, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

Indictment - 2
*United States v. Ahmed*
USAO No. 2024R00075

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

### (Unlawful Possession of Ammunition)

On or about May 30, 2024, in King County, within the Western District of Washington, KHALIIL AHMED, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

> *Unlawful Possession of a Firearm, First Degree*, in King County Superior Court, under case number 19-1-00496-3-KNT, on or about August 30, 2022;

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is assorted ammunition located throughout his vehicle that included the following calibers: 9mm, 5.7x28, 7.62x39, .223, .300 AAC Blackout, .40, .44, and .45, all of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of an offense alleged in Counts 1-4, KHALIIL AHMED shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a.    a Glock Model 20 10mm pistol, serial number BWTC524, and any associated ammunition, seized from a silver Acura TSX in Seattle, Washington, on or about August 20, 2023;

b.    a Century Arms PAP M92 PV pistol, and any associated ammunition, seized from white Honda Accord in Seattle, Washington, on or about August 22, 2023;

Indictment - 3
*United States v. Ahmed*
USAO No. 2024R00075

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c.   a Glock model 20 10mm pistol, serial number BSYE156, and any associated ammunition, seized from a white Honda Accord in Kent, Washington, on or about May 30, 2024; and,

d.   miscellaneous ammunition seized from a white Honda Accord in Kent, Washington, on or about May 30, 2024, including:

(1)   57 rounds of 9mm ammunition;

(2)   20 rounds of 5.7x28 ammunition;

(3)   2 rounds of 7.62x39 ammunition;

(4)   83 rounds of .223 ammunition;

(5)   1 round of 300 AAC Blackout ammunition;

(6)   16 rounds of 10mm ammunition;

(7)   2 rounds of .40 ammunition;

(8)   45 rounds of .44 ammunition; and

(9)   40 rounds of .45 ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or,

e.   has been commingled with other property which cannot be divided without difficulty;

//

//

//

Indictment - 4
*United States v. Ahmed*
USAO No. 2024R00075

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10·16· 2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

TESSA M. GORMAN
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

MICHELLE JENSEN
JOSEPH C. SILVIO
Assistant United States Attorneys

Indictment - 5
*United States v. Ahmed*
USAO No. 2024R00075

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970